**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02469-JLK-MEH

KALUNIRA INDUSTRIES LTD. o/a
KALUNIRA CAPITAL, INC.,

    Plaintiff,

v.

EASTERN RESOURCES, INC.,
BLACK DIAMOND FINANCIAL GROUP, LLC, and
ELKHORN GOLDFIELDS, INC.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT

Having reviewed Plaintiff's Second Motion for Default Judgment (Doc. 29) pursuant to Fed.R. Civ. P. 55(b), the Court finds that:

1. The Summons and Complaint in this action were served on Defendants EASTERN RESOURCES, INC., BLACK DIAMOND FINANCIAL GROUP, LLC, and ELKHORN GOLDFIELDS, INC. on June 24, 2015.

2. Venue in this action is properly placed in the District Court of Colorado.

3. As of September 11, 2015, Defendants EASTERN RESOURCES, INC., BLACK DIAMOND FINANCIAL GROUP, LLC, and ELKHORN GOLDFIELDS, INC. have failed to respond to the Summons and Complaint and otherwise failed to answer, respond or defend as required by the Rules.

4. The Clerk of this Court entered default against Defendants EASTERN RESOURCES, INC., BLACK DIAMOND FINANCIAL GROUP, LLC, and ELKHORN GOLDFIELDS, INC. on July 24, 2015.

5. Defendants EASTERN RESOURCES, INC., BLACK DIAMOND FINANCIAL GROUP, LLC, and ELKHORN GOLDFIELDS, INC. are not minor persons, incompetent persons, or in the military service.

6. Upon proof submitted by Plaintiff, the Plaintiff has sustained damages for Defendants' breach of contract.

Accordingly, Plaintiff's Second Motion for Default Judgment (Doc. 29) is GRANTED. It is further ORDERED that default judgment for breach of contract enter in favor of Kalunira Industries Ltd. o/a Kalunira Capital, Inc. and against Defendants EASTERN RESOURCES, INC., BLACK DIAMOND FINANCIAL GROUP, LLC, and ELKHORN GOLDFIELDS, INC., jointly and severally, in the principal amount of $500,000.00, plus accrued interest in the amount of $112,013.69. Post-judgment interest shall accrue thereon at the statutory rate.

BY THE COURT:

Dated: September 11, 2015

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE